Edward D. Magauran  5888
Attorney at Law
1188 Bishop Street, Suite 2610
Honolulu, Hawai'i 96813
808-585-1000
edmhnl@gmail.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re, | ) CASE NO. 09-02301 |
| | ) (Chapter 13) |
| ALFREDO VILLA BAYUDAN AND | ) |
| NORMA SISTOZA BAYUDAN | ) |
| | ) Judge: Hon. ROBERT J. FARIS |
| Debtors. | ) |

**DECLARATION AND NOTICE OF SURRENDER OF COLLATERAL**

TO THE HONORABLE ROBERT J FARIS, U.S. BANKRUPTCY JUDGE;

COMES NOW Debtors herein, Alfredo Villa Bayudan and Norma Sistoza Bayudan, by and through their counsel, and respectfully file this Declaration and Notice of Surrender of Collateral pursuant to Section 362 of the Bankruptcy Code.

Debtors shall file and serve this Declaration of Surrender of Collateral on the Standing Chapter 13 (via ECF) and the Office of the US Trustee (via ECF) and the following Creditors (Via U.S. Mail):

```
Aloha Pacific Fcu
832 S Hotel St
Honolulu, HI   96813
```

WHEREFORE, Debtor hereby offers to surrender the sums in its credit union accounts in full

satisfaction of the creditors' secured claims pursuant the Bankruptcy Code and the confirmed Plan in this case.

Dated: Honolulu, Hawaii December 21, 2009.

/S/ EDWARD D. MAGAURAN
EDWARD D. MAGAURAN
Attorney for Debtor